# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2137672 | ZWECK | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 09/27/2025  1450 | MTA 21-801.1 |

**Place of Offense**
Amber Drive Fort Detrick MD

**Offense Description: Factual Basis for Charge** HAZMAT ☐
MTA 21-801.1
Exceed max speed 36mph in a 25mph zone
Exceeding posted speed limit by 10 to 19 mph

### DEFENDANT INFORMATION
Phone: (240) 165█-99██

Last Name: BoNGila Matadi
First Name: Steve

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 9.GM0391 | MD | 25 | KIA | white |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ 120 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 1520 Freedmen Drive Fort Detrick MD 21702 | TBD |
| | Time TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E2137672*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 27, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

On 20250927 at 1450HRS I observed a white KIA bearing MD Reg 9GM0391 traveling W/B on Amber Ave a high rate of speed. My visual observation was confirmed by RADAR with an Audio/Digital display of 36mph in a clearly posted 25mph zone. I activated my emergency equipment and conducted a traffic stop. I identified the operator Bongila Matadi by their Driver's license.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/27/2025  [signature]
            Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident